**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No. 12-cr-00096-REB-01

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  MICHELLE ANN ABEYTA,

     Defendant.

## MINUTE ORDER[1]

     Due to a conflict arising on the court's calendar, the continuation of the jury trial in 10-cv-01569-REB-KMT, ***Duran v. Koehler***, the sentencing hearing set for Friday, November 2, 2012, is **VACATED** and is **CONTINUED** pending further order of court. On **October 30, 2012**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to reset the sentencing hearing in this matter. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

     Dated: October 22, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.